**DISMISS; and Opinion Filed October 28, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00840-CV

### TIGERES AUTO, INC., Appellant
### V.
### DALLAS COUNTY ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX 11-31958**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Justice Brown

The clerk's record in this case is overdue. By letter dated September 8, 2014, we informed appellant that the Dallas County District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that it had paid for or made arrangements to pay for the clerk's record or that it had been found entitled to proceed without payment of costs. We cautioned appellant that if it did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not provided the required documentation, nor has it otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/Ada Brown/
ADA BROWN
JUSTICE


140840F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TIGERES AUTO, INC., Appellant

No. 05-14-00840-CV        V.

DALLAS COUNTY ET AL., Appellees

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. TX 11-31958.
Opinion delivered by Justice Brown. Chief Justice Wright and Justice Lang-Miers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DALLAS COUNTY, CITY OF GRAND PRAIRIE, GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, PARKLAND HOSPITAL DISTRICT, AND DALLAS COUNTY COMMUNITY COLLEGE DISTRICT recover their costs of this appeal from appellant TIGERES AUTO, INC.

Judgment entered this 28th day of October, 2014.